*E-Filed 10/18/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN DOUGLAS MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. CATE, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 12-6287 RS (PR)<br><br>**ORDER GRANTING LEAVE TO FILE A MOTION FOR RECONSIDERATION;**<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION;**<br><br>**ORDER VACATING PRIOR BRIEFING SCHEDULE** |

　　　　Plaintiff's motion for leave to file a motion for reconsideration (Docket No. 13) is GRANTED. The Court directs defendants to file a response to plaintiff's motion for reconsideration (Docket No. 14). Among other issues, defendants shall address whether (1) plaintiff's allegations show a continuing violation, (2) the supervisory persons named in the complaint were properly dismissed, and (3) the claims excluded as untimely were properly dismissed. Such response shall be filed on or before December 15, 2013, unless an extension is granted.

In the order of service (Docket No. 10), the Court set a dispositive motion briefing schedule.  That schedule is VACATED.  After the Court has ruled on the motion for reconsideration, it will set a new briefing schedule.  The Clerk shall terminate Docket No. 13.

**IT IS SO ORDERED**.

DATED:  October 18, 2013

RICHARD SEEBORG
United States District Judge