*E-Filed 10/31/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN DOUGLAS MARTIN, | No. C 12-6287 RS (PR) |
| Plaintiff, | **ORDER DENYING MOTION TO APPOINT COUNSEL;** |
| v. | |
| M. CATE, et al., | **ORDER DENYING MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| Defendants. | |

The Court has directed defendants to file briefing regarding plaintiff's motion for reconsideration of the Court's dismissal of certain claims from the first amended complaint (Docket No. 14). Plaintiff's motion for the appointment of counsel (Docket No. 17), and his motion for leave to file a second amended complaint (Docket No. 20), are DENIED without prejudice. Plaintiff may renew such motions after defendants have filed the above-mentioned briefing. Because his motion for leave has been denied, his second amended complaint (Docket No. 21) is STRICKEN from the record, and shall constitute no part of this action. The Clerk shall terminate Docket Nos. 14, 17, and 20.

**IT IS SO ORDERED**.

DATED: October 31, 2013

_____
RICHARD SEEBORG
United States District Judge