*E-Filed 12/10/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRIAN DOUGLAS MARTIN,                    No. C 12-6287 RS (PR)

       Plaintiff,                    **ORDER EXTENDING TIME**

    v.

M. CATE, et al.,

       Defendants.

_____/

    Defendants' motion to extend time to file a response to plaintiff's motion for reconsideration (Docket No. 28) is GRANTED. Such response shall be filed on or before January 14, 2014. The Clerk shall terminate Docket No. 28.

    **IT IS SO ORDERED**.

DATED: December 10, 2013

                     RICHARD SEEBORG
                  United States District Judge